CNR
F. #2020R00994

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

RICHARD QUINN,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

MJ 20-01156 (AKT)

COMPLAINT AND AFFIDAVIT IN SUPPORT OF ARREST WARRANT

(18 U.S.C. § 2252(a)(2))

EASTERN DISTRICT OF NEW YORK, SS:

DANIEL FANDREY, being duly sworn, deposes and states that he is a Task Force Officer with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

On or about September 18, 2014, within the Eastern District of New York and elsewhere, the defendant RICHARD QUINN did knowingly receive visual depictions, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct and such visual depiction was of such conduct, using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce or which contains materials which have been mailed or so shipped or transported, by any means including by computer.

(Title 18, United States Code, Section 2252(a)(2))

The source of your deponent's information and the grounds for his/her belief are as follows:[1]

1. I have been a Task Force Officer with the Federal Bureau of Investigation ("FBI") since 2017, and prior to that worked as a Suffolk County Police Officer since 2007. I am currently assigned to the FBI's Child Exploitation Task Force. I have been assigned to investigate violations of criminal law relating to child pornography and the sexual exploitation of children. I have gained expertise in these types of investigations through training in classes and seminars and daily work related to conducting these types of investigations. As part of my responsibilities, I have been involved in the investigation of numerous child pornography cases and have reviewed thousands of photographs and videos depicting children (less than eighteen years of age) being sexually exploited by adults. Through my experience in these investigations, I have participated in the execution of multiple search warrants relating to child pornography offenses and the subsequent prosecution of offenders.

2. On or about May 9, 2019, the Suffolk County Police Department executed a state court authorized search warrant at the Ridge, New York home of the defendant RICHARD QUINN subsequent to QUINN's arrest on May 4, 2019 on state charges, including Criminal Sex Act in the First Degree, in violation of NY Penal Law Section 130.50(3)[2] and Endangering the Welfare of a Child, in violation of NY Penal Law

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

[2] Pursuant to this statute, QUINN was charged with engaging in oral or sexual conduct or anal sexual conduct with another person…who is less than eleven years old.

Section 260.10(1).[3]  Among the items seized pursuant to the search warrant was a Samsung cellular telephone with IMEI number 355430052205895 (the "seized phone").  Forensic analysis of the seized phone showed that the seized phone contained numerous files of child exploitation material.  In addition, the search of the seized phone showed conversations that occurred in the application Kik, in which Kik username rrquinn12, with display name Richard Quinn, received image of child pornography from username LikeThemYoung34, display name B G.  More specifically, the image received on the seized phone is of a prepubescent child, approximately 3-5 years old, viewed from behind with their pants pulled down with an adult hand placing an adult penis near the child's anus.  According to the forensic analysis of the seized phone, this image was received on September 18, 2014 at 12:35:39 AM UTC.  GPS location information on the seized phone indicated that at or around the time of the receipt of the image of child pornography, the seized phone was located in or around in Deer Park, New York.

       3.       Information obtained from Kik for the account rrquinn12 indicated that the account was subscribed to by "Richard Quinn" using email address rrquinn17@gmail.com, which was an email address that was contained on the seized phone.  In addition, the seized phone contained multiple "selfie"-style photographs of the defendant RICHARD QUINN, as well as text messages that are consistent with the seized phone's use by QUINN.  For example, in a text message conversation with "Mom Quinn," the user of the seized phone is referred to as "Richie" and the conversation is in regard to what time he would be home for dinner.

---

[3]      Upon information and belief, these charges are still pending in state court.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued so that the defendant RICHARD QUINN may be dealt with according to law. I further request that this affidavit in support of arrest, complaint and the arrest warrant be filed under seal as disclosure of this application would give the targets of the investigation an opportunity to destroy evidence, harm or threaten victims or other witnesses, change patterns of behavior, notify confederates, and flee from or evade prosecution.

DANIEL FANDREY
Task Force Officer, Federal Bureau of Investigation

Sworn to before me this
3rd day of December, 2020

/s/ AK Tomlinson
THE HONORABLE A. KATHLEEN TOMLINSON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK