January 29, 2021

**Via Email**
Hon. Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

                Re:    *U.S. v. Richard Quinn*
                        20 Mag. 1156

Dear Judge Lindsay:

    I represent Richard Quinn.

    I am respectfully requesting a conference with the Court at its earliest convenience. Due to the delay in being able to secure his appearance and as we maintain that Mr. Quinn is not competent to assist in his own defense, I am requesting permission to waive his appearance for this conference.

    As you can see by the attached article in the *Daily News,* the warden of MCC has abruptly resigned. I just heard that the reason for the resignation is that last week Mr. Quinn (who is developmentally disabled) was left alone for 24 hours in an intake cell after his transfer from MDC to MCC. This abhorrent lapse was apparently then not reported to BOP authorities by the warden.

    I am asking the Court to order BOP to release all documents related to this fiasco, and I am contemplating an application to have Mr. Quinn released for an evaluation in the community, to avoid ongoing neglect by the BOP.

    Thank you for your consideration.

                                                Sincerely yours,

                                                Peter E. Brill

BRILL LEGAL GROUP, P.C.
Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788