BEFORE: ARLENE R. LINDSAYDATE: February 4, 20201
UNITED STATES MAGISTRATE JUDGETIME ON: 12:00
TIME OFF: 12:30

Case No. 20-MJ-1156Courtroom Deputy: Robert Imrie

Criminal Cause for  Status Conferene

Defendant: Richard Quinn
Present___Not Present XIn Custody XOn Bail/Bond___

Attorney: Peter BrillRet'd X  CJA___  FD of NY___

AUSA:  Charles Rose

Interpreter:  N/A

ESR Time: 12:00 - 12:30

 X   Case Called X   Counsel for all sides present.

Next Court appearance scheduled for 2/8/2021 before Lindsay, U.S.M.J. for status

NOTES: Counsel's application to waive Mr. Quinn's presence for the conference is granted. A further conference is scheduled for February 8, 2021 at 12:00 p.m. by telephone. The dial-in number is 888-684-8852 with access code 7625765. This Court Orders a representative from the MCC to be present at the February 8, 2021 conference with knowledge to answer the questions that have been posed at this conference including but not limited to what records have been generated by the MCC with respect to Mr. Quinn and his heath care; whether Mr. Quinn was left alone for twenty-four hours without assistance; what is the status of Mr. Quinn's competency evaluation that was ordered and what has happened with respect to Mr. Quinn's availability to be reviewed for competency.