BEFORE: ARLENE R. LINDSAY                              DATE: February 8, 20201
UNITED STATES MAGISTRATE JUDGE                  TIME ON:  12:00
                                                                            TIME OFF: 12:30

Case No. 20-MJ-1156                              Courtroom Deputy: Robert Imrie


                                Criminal Cause for  Status Conferene

Defendant: Richard Quinn
          Present___      Not Present X        In Custody X         On Bail/Bond___

Attorney: Peter Brill                                      Ret'd X    CJA___   FD of NY___

AUSA:   Charles Rose

Interpreter:  N/A

ESR Time: 12:00 - 12:30

 X   Case Called     X   Counsel for all sides present.


Next Court appearance scheduled for_____

NOTES: The Court ordered the B.O.P. to provide defense counsel with copies of Mr. Quinn's
medical records.